E-FILED
Thursday, 27 August, 2009  02:05:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FAVIAN BEVELY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  09-CV-3160 |
| ) | |
| JACKIE L. NEWMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On June 25, 2009, *pro se* Plaintiff filed his Complaint herein requesting to proceed *in forma pauperis*. After Court-directed supplementation, Plaintiff's request to proceed *in forma pauperis* was denied by the Court by text order of July 13, 2009 setting a deadline of August 15, 2009 for payment of the filing fee in full. The text order of July 13, 2009 advised if timely payment was not received, the case was subject to dismissal for want of prosecution.  As of this date, *pro se* Plaintiff has failed to comply with payment in proper form of the $350.00 filing fee.  The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER:   August 27, 2009

    FOR THE COURT:       *s/ Byron G. Cudmore*
                                         _____
                                         BYRON G. CUDMORE
                                       UNITED STATES MAGISTRATE JUDGE